UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

MICHAEL JUSTIN HALL,

    Defendant.

Case: 3:20-cr-20069
Judge: Cleland, Robert H.
MJ: Stafford, Elizabeth A.
Filed: 02-06-2020 At 03:28 PM
INDI USA V MICHAEL JUSTIN HALL (LG)

VIO:  18 U.S.C. § 2252A(a)(2)
        18 U.S.C. § 2252A(a)(5)
        18 U.S.C. § 2253

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
Distribution of Child Pornography
18 U.S.C. § 2252A(a)(2)

From on or about January 1, 2020, through on or about January 16, 2020, in the Eastern District of Michigan and elsewhere, the defendant, Michael Justin Hall, having been previously convicted of one count of Criminal Sexual Conduct, 1st Degree (Person Under 13), an offense under Michigan Compiled Law § 750.520b, and three counts of Criminal Sexual Conduct, 3rd Degree (Person 13 Thru 15), an offense under Michigan Compiled Laws § 750.520d, knowingly distributed any child pornography, as defined in 18 U.S.C. § 2256(8), which had been shipped and transported in or affecting interstate and foreign commerce by any means, including by computer, and that had been shipped and transported using any means

or facility of interstate and foreign commerce; all in violation of 18 U.S.C. § 2252A(a)(2).

## COUNT TWO
Receipt of Child Pornography
18 U.S.C. § 2252A(a)(2)

From on or about January 1, 2020, through on or about January 16, 2020, in the Eastern District of Michigan, the defendant, Michael Justin Hall, having been previously convicted of one count of Criminal Sexual Conduct, 1st Degree (Person Under 13), an offense under Michigan Compiled Law § 750.520b, and three counts of Criminal Sexual Conduct, 3rd Degree (Person 13 Thru 15), an offense under Michigan Compiled Laws § 750.520d, knowingly received any child pornography, as defined in 18 U.S.C. 2256(8)(A), that has been shipped and transported in or affecting interstate and foreign commerce by any means, including by computer, and that has been shipped and transported using any means or facility of interstate and foreign commerce, all in violation of 18 U.S.C. § 2252A(a)(2).

## COUNT THREE
Possession of Child Pornography
18 U.S.C. § 2252A(a)(5)(B)

From on or about January 1, 2020, through on or about January 16, 2020, in the Eastern District of Michigan and elsewhere, the defendant, Michael Justin Hall, having been previously convicted of one count of Criminal Sexual Conduct, 1st Degree (Person Under 13), an offense under Michigan Compiled Law § 750.520b,

and three counts of Criminal Sexual Conduct, 3rd Degree (Person 13 Thru 15), an offense under Michigan Compiled Laws § 750.520d, knowingly possessed one or more computer hard drives, cell phones, cameras, DVDs, magazines, periodicals, and other material which contained child pornography, as defined in Title 18, United States Code, Section 2256(8), including but not limited to visual depictions of real minors, prepubescent minors and minors who had not attained twelve (12) years of age, engaged in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and/or transported in and affecting interstate and foreign commerce, and were produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253 and Title 18, United States Code, Section 2428.

2. If convicted of an offense charged and set forth above, MICHAEL JUSTIN HALL, shall forfeit to the United States any and all materials and property used and intended to be used in the production, distribution, possession, and transportation of visual depictions of minors engaging in sexually explicit conduct,

and any and all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense.

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

*s/Matthew A. Roth*
MATTHEW A. ROTH
Chief, Major Crimes Unit
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-9186
Matthew.Roth2@usdoj.gov

*s/Barbara K. Lanning*
BARBARA K. LANNING
APRIL N. RUSSO
Assistant United States Attorneys
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-9103
Barbara.lanning@usdoj.gov
April.russo@usdoj.gov

Dated:  February 6, 2020

**ORIGINAL**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: _BKL_ |

**Case Title:** USA v. MICHAEL JUSTIN HALL

**County where offense occurred:** Oakland

**Check One:**   ☒ Felony    ☐ Misdemeanor    ☐ Petty

```
____Indictment/____Information --- no prior complaint.
 ✓ _Indictment/____Information --- based upon prior complaint [Case number: 20-mj-30021 ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 6, 2020
Date

Barbara K. Lanning
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9103
Fax:    (313) 226-2372
E-Mail address: barbara.lanning@usdoj.gov
Attorney Bar #: P79186

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.